May 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

AMELIA V. KELLY, Appellant

NO. 14-14-00605-CV                                    V.

MATTHEW D. WIGGINS, JR., Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion and this decision be certified below for observance.

We order appellant, Amelia V. Kelly, to pay all costs incurred in this appeal.